**SO ORDERED.**

Dated: June 21, 2010

_____
**REDFIELD T. BAUM, SR**
**U.S. Bankruptcy Judge**
_____

**TIFFANY & BOSCO**
P.A.
**2525 EAST CAMELBACK ROAD**
**SUITE 300**
**PHOENIX, ARIZONA 85016**
**TELEPHONE: (602) 255-6000**
**FACSIMILE: (602) 255-0192**

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant

10-00541

# IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:<br>Diana Sattleberg<br>      Debtors.<br><br>U.S. Bank, National Association<br>      Movant,<br>  vs.<br><br>Diana Sattleberg<br>Debtors; Russell A. Brown, Trustee.<br><br>      Respondents. | No. 2:09-bk-22073-RTB<br><br>Chapter 13<br><br>O R D E R<br><br>(Related to Docket #23)<br><br>Hearing Date: May 19, 2010 |

**IT IS HEREBY ORDERED** that all stays and injunctions, including the automatic stays imposed by U.S. Bankruptcy Code 362(a) are hereby terminated as to Movant with respect to that certain real property which is subject of a Deed of Trust dated September 13, 2006, and recorded in the office of the Maricopa County Recorder wherein U.S. Bank, National Association is the current beneficiary and Diana Sattleberg have an interest in, further described as:

LOT 1 00 , OF VILLA CONTESSA, ACCORDING TO THE PLAT OF RECORD I N THE OFFI CE OF THE COUNTY RECORDER OF MARICOPA COUNTY, ARIZONA , RECORDED IN BOOK 156 OF MAPS PAGE 32.

IT IS FURTHER ORDERED that this Order vacating the automatic stay imposed by U.S. Bankruptcy Court Code 362(a) shall be binding and effective in the event the Debtor converts this case to another chapter under the U.S. Bankruptcy Code.

_____

UNITED STATES BANKRUPTCY JUDGE